**BAKER BOTTS** LLP

| | | |
|---|---|---|
| 910 LOUISIANA | AUSTIN | LONDON |
| HOUSTON, TEXAS | BEIJING | MOSCOW |
| 77002-4995 | BRUSSELS | NEW YORK |
| | DALLAS | PALO ALTO |
| TEL +1 713.229.1234 | DUBAI | RIYADH |
| FAX +1 713.229.1522 | HONG KONG | SAN FRANCISCO |
| BakerBotts.com | **HOUSTON** | WASHINGTON |

December 5, 2019

*VIA ECF*

Natalie Alfaro Gonzales
TEL: 7132291318
FAX: 7132297718
natalie.gonzales@bakerbotts.com

Honorable George C. Hanks, Jr.
c/o Ms. Susan Gram, Case Manager
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

      Re:    Re: *Debra Rothenberg v. The Museum of Fine Arts, Houston*, No. 4:19-cv-3026, U.S. District Court for the Southern District of Texas, Houston Division

Dear Judge Hanks:

    Thank you for taking the time to speak with the parties yesterday during the telephonic Pre-Motion Conference. The parties have conferred and agreed on the following briefing schedule for The Museum of Fine Arts, Houston's ("MFAH") motion to dismiss under Federal Rule of Civil Procedure 12(b)(6):

| **Event** | **Deadline** |
|---|---|
| **MFAH's Opening Brief** | **January 10, 2020** |
| **Plaintiff's Responsive Brief** | **January 31, 2020** <br> (21 days after the opening brief) |
| **MFAH's Reply Brief** | **February 7, 2020** <br> (7 days after the responsive brief) |

    The parties understand that no further briefing, including supplements and sur-replies, can be filed without leave of Court. A Proposed Order for the Court's consideration is attached hereto.

    Respectfully,

*Natalie A. Gonzales*

Natalie Alfaro Gonzales

NG

Active 43969517.1